UNITED STATES GOVERNMENT

MEMORANDUM

**DATE:**       May 9, 2022

**TO:**         Honorable Gershwin A. Drain
                United States District Judge

**FROM:**       Derek Brand
                Sr. United States Pretrial Services Officer
                Drug and Alcohol Treatment Specialist

**RE:**         **Ruland, Jonathan**
                Docket #21-20307-04
                **Bond Violation Report**

On June 29, 2021, the defendant appeared in court before United States Magistrate Judge Curtis Ivy, Jr. for an Arraignment on an Indictment citing violations of Title 21, United States Code, Sections 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, Title 21, United States Code, Section 841(a)(1) - Possession with Intent to Distribute a Controlled Substance, Title 21, United States Code, Section 841(a)(1) - Distribution of Controlled Substance, Title 21, United States Code, Section 841(a)(1) - Possession with Intent to Distribute a Controlled Substance, and Title 18, United States Code, Section 2 - Aiding and Abetting. He was ordered released on a $10,000 Unsecured bond with the following conditions: report as directed to Pretrial Services, restrict travel to the Eastern District of Michigan, do not apply for a passport or other international travel document, no contact with any victims, witnesses, or co-defendants, undergo medical or mental health treatment as directed by Pretrial Services, possess no weapons, remove all firearms from the residence with 48 hours of release and provide Pretrial Services written verification of the same, reside at the bond address do not move unless pre-approved by the supervising officer, possess no controlled substances unless prescribed by a licensed physician, alcohol abstinence, submit to drug and alcohol testing and/or drug treatment as directed by Pretrial Services, participate in mental health treatment as directed by Pretrial Services, and take all medications as prescribed.

On August 19, 2021, the defendant appeared in court before United States Magistrate Judge Patricia T. Morris for a completion of Arraignment on an Indictment. His bond and conditions were continued.

On July 2, 2021, the defendant enrolled in a contact services provider, Salvation Army Harbor Light in Monroe, for inpatient substance abuse treatment. The defendant completed detox services and walked out of inpatient substance abuse treatment against medical advice on July 7, 2021. On July 9, 2021, the defendant provided documentation to show enrollment in an outpatient treatment program to begin on July 13, 2021 with Home of New Vision in Washtenaw County. Mr. Ruland informed Pretrial Services on August 19, 2021 he is not in any form of

substance abuse treatment, stating there is a two month waiting list to get into New Vision in Washtenaw County. The defendant advised he was undergoing Alcoholics Anonymous meetings and was continuing to make efforts in enrolling into substance abuse treatment. Mr. Ruland was informed he would be placed into outpatient substance abuse treatment through Shanle Psychological Services if he is were not enrolled into substance abuse treatment by September 30, 2021.

A trial date has been scheduled for June 14, 2022 before Your Honor.

Bond Violation Memos were submitted to the Court on October 4, November 1, and November 29, 2021 regarding the defendant's continued illegal drug use on bond. Mr. Ruland was referred for inpatient detox treatment with the Salvation Army Harbor Light (SAHL) in Detroit, Michigan as a result of the positive drug tests. He entered detox services with SAHL on October 21, 2021, and successfully discharged from detox services on October 26, 2021. Mr. Ruland was taken directly to long-term residential substance abuse treatment with the Salvation Army Adult Rehabilitation Center (ARC) in Detroit, Michigan, which is a six-month residential treatment program, after being discharged from detox services.  The defendant walked away from long-term inpatient treatment against medical advice on March 7, 2022. According to ARC staff, the defendant refused a work detail and stated he had a medical appointment, of which he did not provide documentation. The defendant was allowed to return to the ARC Program on March 21, 2022, but did not re-enter the program. Pretrial Services placed the defendant on random drug testing after the defendant's unsuccessful discharge from the ARC Program. He has submitted to six drug tests, of which all tests were negative.

On April 8, 2022, the defendant enrolled in weekly outpatient group substance abuse treatment with Dawn Farms in Ann Arbor, Michigan. Pretrial Services has contacted the defendant's clinician, who noted the defendant is attending his group substance abuse treatment sessions as required.

Pretrial Services initially stated in the defendant's November 29, 2021 Bond Violation Memo that a Bond Violation Hearing would be requested if the defendant were to not successfully complete long-term residential substance abuse treatment. Mr. Ruland has enrolled in outpatient group substance abuse treatment and has continued to test negative for illegal drugs. Therefore, Pretrial Services is recommending no adverse action. Pretrial Services will request a Bond Violation Hearing if the defendant reverts to illegal drug use or does not attend his substance abuse treatment sessions as required. Please advise if the Court would require additional action regarding this matter. The Court will be notified about any additional developments regarding the defendant.

If you have any questions, I can be reached at (313) 234-5305.


cc:     Jihan M. Williams, Assistant United States Attorney
        Joseph R. Arnone, Defense Counsel